# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EX REL. ANTONIO BUNDY,

       Appellant

       v.

SECRETARY JOHN E. WETZEL,
SECRETARY OF PENNSYLVANIA
PRISONS,

       Appellee

:   No. 72 EAP 2024
:
:
:
:   Appeal from the Order of the
:   Commonwealth Court entered on
:   July 9, 2024, at No. 444 MD 2020.
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                    **DECIDED: September 25, 2025**

**AND NOW**, this 25th day of September, 2025, Appellant's Application for Leave to File a Reply Brief Nunc Pro Tunc is **DENIED**, and the order of the Commonwealth Court is **AFFIRMED**.